IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00141-AP

CLAUDIA S. PETERS,

    Plaintif

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Gail C. Harriss
GAIL C. HARRISS, LLC
450 S. Camino del Rio, Suite 201
Durango, CO 81301
(970) 247-4411
(970) 247-1482 (fax)
gharriss@harrisslaw.com

For Defendant:

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout St., Suite 4169
Denver, CO 80294-4003
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:** January 17, 2014

  **B.** **Date Complaint Was Served on U.S. Attorney's Office:** February 24, 2014

  **C.** **Date Answer and Administrative Record Were Filed:** April 16, 2014

**4.** **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.** **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.** **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.** **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court. This case is not on appeal from a decision issued on remand from this Court.

**8.** **BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

  **A.** **Plaintiff's Opening Brief Due:** June 16, 2014

  **B.** **Defendant's Response Brief Due:** July 16, 2014

  **C.** **Plaintiff's Reply Brief (If Any) Due:** July 31, 2014

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:**  Plaintiff does not request oral argument.

   B.   **Defendant's Statement:**  Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.   ( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 6th day of May, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Gail C. Harriss | JOHN F. WALSH |
| | United States Attorney |
| Gail C. Harriss | |
| GAIL C. HARRISS, LLC | J. BENEDICT GARCÍA |
| 450 S. Camino del Rio, Suite 201 | Assistant United States Attorney |
| Durango, CO 81301 | United States Attorney's Office |
| (970) 247-4411 | District of Colorado |
| (970) 247-1482 (fax) | |
| gharriss@harrisslaw.com | |
| | s/ Jessica Milano |
| Attorney for Plaintiff | Jessica Milano |
| | Special Assistant United States Attorney |
| | Assistant Regional Counsel |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout St., Suite 4169 |
| | Denver, CO 80294-4003 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |
| | |
| | Attorneys for Defendant |